UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

SHERA JOSEPHS,

                      Plaintiff,

-against-

MONARCH RECOVERY MANAGEMENT, INC.:

                      Defendant(s).
-------------------------------------------------------------X

Civil Action No.: 12 CV 7582

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a) (1) (A) (i), Plaintiff Shera Josephs by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant Monarch Recovery Management, Inc.

Dated: February 15, 2013
         New York, New York

For:   **Shera Josephs**

By: _s/Jim Chehebar_
M. Harvey Rephen, Esq.
Jim Chehebar, Esq.
Of Counsel
4 Ross Court
Oakhurst, New Jersey 07755
Phone: (732) 616-6944

**SO ORDERED**
By: 2/19/13
Hon. Anne E. Thompson, USDJ

RECEIVED

FEB 19 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK